**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

EDMUND HEALY, et al.

       Plaintiffs,

v.                             No. CV 18-374 CG/KBM

RMHB CONSTRUCTION, INC., et al.,

       Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

**THIS MATTER** is before the Court on Defendants' *Stipulated Motion of Dismissal with Prejudice*, (Doc. 52), filed November 9, 2018. The Court, having read the Motion, noting it is stipulated, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that this matter is dismissed with prejudice, and each party shall pay its own attorney fees and costs.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE